IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 02-1185
 ((((((((((((((((

 Ysleta Independent School District,

 v.

 GUSTAVO MONARREZ AND JOSE RODRIGUEZ

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate appeal, filed on June 2, 2004, is granted,
and this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket until
August 9, 2004, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 9th day of June, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk